# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF MISSISSIPPI

IN RE:  Gerry L. Whitehead and
        Linda K. Whitehead                  CASE NO. 16-11053

**DEBTOR(S)**                  **CHAPTER 7**

## UNITED STATES TRUSTEE'S MOTION TO REOPEN

COMES NOW the Acting United States Trustee ("UST") for Region 5, Henry G. Hobbs, Jr., by and through undersigned counsel, pursuant to 11 U.S.C. § 350(b) and Rule 5010, FRBP, and files this Motion to Reopen the above styled and numbered case. In support hereof, the UST respectfully submits:

1.

On March 24, 2016, Gerry L. Whitehead and Linda K. Whitehead ("DEBTORS") filed a voluntary petition for relief pursuant to 11 U.S.C. chapter 7.

2.

On May 5, 2016, the trustee filed his Report of No Distribution. This case was closed on September 12, 2016.

3.

Upon information and belief the UST would show that the debtor, Linda K. Whitehead, has a products liability claim.

4.

The above styled and numbered proceeding should be reopened for the purpose of determining whether the debtor's claim, or claims, constitute property of the debtor's estate, which should be administered, pursuant to the distribution scheme as set forth in 11 U.S.C. § 726.

5.

The UST would further show that the appointment of a trustee is necessary to protect the interest of creditors and the debtor and to ensure the efficient administration of this case.

*UST-MRC*

WHEREFORE, PREMISES CONSIDERED, the UST submits this Motion to Reopen and prays that the court will enter an order granting same.

The UST further prays for all general and equitable relief to which entitled.

          Respectfully submitted,

          HENRY G. HOBBS, JR.
          Acting United States Trustee
          Region 5, Judicial Districts
          of Louisiana and Mississippi

By:   */s/ Sammye S. Tharp*
      Sammye S. Tharp
      Trial Attorney

Sammye S. Tharp, Trial Attorney
U. S. Trustee, Region 5
U. S. Department of Justice
501 E. Court Street, Suite 6-430
Jackson, Mississippi   39269
Direct Line: (601)-965-4142
Facsmile no. (601)-965-5226
Miss. Bar. No. 10016

*UST-MRC*

## **CERTIFICATE OF SERVICE**

I, Sammye S. Tharp, do hereby certify that I have, this day, mailed, postage prepaid, and/or transmitted via CM/ECF a true and correct copy of the foregoing Motion to Reopen to the below name individual(s):

Selene Maddox, Esq.
362 Broadway Street
Tupelo MS   38802

Regan Russell, Esq.
P.O. Box 909
New Albany MS   38652

Gerry L. Whitehead
Linda K. Whitehead
P.O. Box 204
Ecru   MS   38841

This the 4th day of December, 2017.

*/s/ Sammye S. Tharp*
Sammye S. Tharp

*UST-MRC*